UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SUSan HULLINGER, on behalf of herself and all others similarly situated. ) ) ) Plaintiff, ) ) v. ) ) PARK GROVE INN, INC., et al., ) ) Defendants. ) | No. 3:17-cv-00400 REEVES/POPLIN |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the Defendants' motion to dismiss is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED**, **without prejudice.**

The Clerk is **DIRECTED** to remove the trial scheduled for April 2, 2019, from the court's docket**.**

Enter:

_____
UNITED STATES DISTRICT JUDGE